IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DENNIS W. WILLINGHAM,**

      **Plaintiff,**

vs.                                                   **CIV NO. 09-0172 CG**

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration,**

      **Defendant.**

## ORDER GRANTING EAJA FEES

**THIS MATTER** is before the Court on Plaintiff's *Motion for Award of Attorney's Fees Pursuant to the EAJA* (Doc. 26) and its accompanying *Affidavit* of attorney time (Doc. 26-1). Defendant filed his response and he does not oppose the motion. (Def's Resp., Doc. 27.)

**IT IS THEREFORE ORDERED** that Defendant shall pay to Plaintiff the sum $6,964.10 (Six Thousand and Nine Hundred Sixty-four Dollars and Ten Cents) in attorney fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In the event that Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b), counsel shall refund the smaller award to Plaintiff. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).

**IT IS SO ORDERED.**

                                                       **THE HONORABLE CARMEN E. GARZA**
                                                       **UNITED STATES MAGISTRATE JUDGE**